IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 1 3 2020

CLERK, U.S. DISTRICT COURT
By _____
         Deputy
```

UNITED STATES OF AMERICA

v.                                          No. 2:20-MJ-5

SUSANA GARCIA (02)

## MOTION FOR PRETRIAL DETENTION AND CONTINUANCE

The United States asks for the pretrial detention of Defendant under Title 18,

United States Code, Sections 3142(e) and 3142(f).

1.   ***Eligibility of Case***.  This case is eligible for a detention order under
     18 U.S.C. § 3142(f) because it is a case that involves:

     _____ A crime of violence as defined in 18 U.S.C. § 3156(a)(4), violation
           of section 1591, or federal crime of terrorism for which the
           maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(A)).
     _____ An offense for which the maximum sentence is life imprisonment or
           death. (18 U.S.C. § 3142(f)(1)(B)).
     _X__ A Controlled Substances Act offense for which the maximum
           sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(C)).
     _____ A felony that was committed after the defendant had been convicted
           of two or more prior federal offenses described in 18 U.S.C.
           § 3142(f)(1)(A)-(C), or comparable state or local offenses. (18
           U.S.C. § 3142(f)(1)(D)).
     _____ A felony that involves a minor victim or failure to register as a sex
           offender. (18 U.S.C § 3142(f)(1)(E)).
     _____ A felony that involves the possession or use of a firearm, destructive
           device, or any other dangerous weapon. (18 U.S.C § 3142(f)(1)(E)).
     _____ A serious risk defendant will flee. (18 U.S.C. § 3142(f)(2)(A)).
     _____ A serious risk defendant will obstruct or attempt to obstruct justice,
           or threaten, injure, or intimidate, or attempt to threaten, injure, or
           intimidate a prospective witness or juror. (18 U.S.C. § 3142
           (f)(2)(B)).

2.   ***Reason for Detention.***  The Court should detain defendant, under 18 U.S.C.
§ 3142(e), because no condition or combination of conditions will
reasonably assure:

   __X__   Defendant's appearance as required.
   __X__   Safety of any other person and the community.

3.   ***Rebuttable Presumption.***  The United States will invoke the rebuttable
presumption against defendant under 18 U.S.C. § 3142(e).  The
presumption applies because there is:

   __X__ A Controlled Substances Act offense for which the maximum
sentence is 10 years or more.  (18 U.S.C. § 3142(e)(3)(A)).
_____ An offense under Title 18, United States Code, Sections 924(c),
956(a), or 2332b.  (18 U.S.C. § 3142(e)(3)(B)).
_____ A federal crime of terrorism for which the maximum sentence is 10
years or more.  (18 U.S.C. § 3142(e)(3)(C)).
_____An offense in Chapter 77 of Title 18 (human trafficking) for which
the maximum sentence is 20 years or more.  (18 U.S.C.
§ 3142(e)(3)(D))
_____ Previous conviction for "eligible" offense committed while on
pretrial bond.  (18 U.S.C. § 3142(e)(2)).
_____ a qualifying offense involving a minor victim.  (18 U.S.C.
§ 3142(e)(3)(E)).

4.   ***Time for Detention Hearing***.  The United States requests the Court conduct
the detention hearing:

_____ At first appearance.
  __X__ After continuance of three days.
_____ Moot at this time as defendant is in state [federal, administrative]
custody.  Hearing requested if detention becomes a viable issue.

5. ***Eligibility for 10-Day Temporary Detention:***  The court may temporarily detain the defendant to permit revocation of conditional release, deportation, or exclusion because:

A. i)_____ The defendant is, and was at the time the offense was committed:

_____ on release pending trial for a felony under federal, state, or local law (18 U.S.C. § 3142(d)(1)(A)(i));

_____ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for any offense under federal, state, or local law (18 U.S.C. § 3142(d)(1)(A)(ii));

_____ on probation or parole for any offense under federal, state, or local law (18 U.S.C. § 3142(d)(1)(A)(iii)); or

ii)_____ The defendant is not a citizen of the United States or lawfully admitted for permanent residence as defined at 8 U.S.C. § 1101(a)(20) (18 U.S.C. § 3142(d)(1)(B));

B. And the defendant:

_____ may flee; or

_____ pose a danger to any other person or the community.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

*Meredith Pinkham*

MEREDITH PINKHAM
Assistant United States Attorney
Texas State Bar No. 24073429
500 South Taylor Street, Suite 300
Amarillo, Texas  79101-2446
Telephone:    806-324-2356
Facsimile:     806-324-2399
E-Mail: meredith.pinkham@usdoj.gov