Case 2:20-mj-00005-BR   Document 7   Filed 01/13/20   Page 1 of 1   PageID 14

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 13 2020

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:20-MJ-5 |
| SUSANA GARCIA (02) | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Susana Garcia,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about January 12, 2020, in the Amarillo Division of the Northern District of Texas, and elsewhere, Susana Garcia, defendant, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance. In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

Date:  01/13/2020

*Issuing officer's signature*

City and state:   Amarillo, Texas          Lee Ann Reno, U.S. Magistrate Judge
                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* 1-13-20 , and the person was arrested on *(date)* 1-13-20
at *(city and state)* Amarillo, TX.

Date: 1-13-20

*Arresting officer's signature*

TFO Kerry Blackerby
*Printed name and title*